IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

JOHN J. McCARTHY, :
:
    Plaintiff :
: CIVIL NO. 1:CV-17-0401
  vs. :
: (Judge Caldwell)
WARDEN EBBERT, *et al.*, :
:
    Defendants :

## *O R D E R*

And now, this 1st day of June, 2017, based on the accompanying memorandum, it is ordered that:

    1. Plaintiff's Motion for leave to proceed *in forma pauperis* (ECF No. 7) is denied.

    2. Within twenty-one (21) days of the date of this Order, Plaintiff shall send to: "Clerk, U.S. District Court, P.O. Box 1148, Scranton, PA 18501," a check or money order in the amount of $400.00 payable to "Clerk, U.S. District Court."

    3. If Plaintiff fails to comply with paragraph 2 of this Order, this action will be dismissed without prejudice.

    4. The Clerk of Court is directed to note McCarthy's present address as: 28 Bonnie Brae Drive, Newton, CT 06470.

                                    /s/ William W. Caldwell
                                    William W. Caldwell
                                    United States District Judge